UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                          Case No. 3:23-cr-34

vs.

TRAVIS E. TOWNSLEY,            District Judge Michael J. Newman

    Defendant.

_____

## SCHEDULING ORDER
_____

This criminal case is before the Court following Defendant Travis E. Townsley's arraignment on April 28, 2023. The parties have filed a notice and a proposed scheduling order in which they report that the present Speedy Trial Act deadline in this case is **June 27, 2023**. Doc. No. 22. Based on the parties' proposed scheduling order, the Court sets the following schedule in this case:

| | |
|---|---|
| Discovery deadline: | **April 24, 2023** |
| Motion filing deadline: | **May 22, 2023** |
| Status report deadline: | **May 23, 2023** |
| Jury trial: | **June 19, 2023** |

The Court is amenable to extending these deadlines upon written motion by the parties subject to the requirements of the Speedy Trial Act.

**IT IS SO ORDERED.**

May 1, 2023                                            s/Michael J. Newman
                                                               Hon. Michael J. Newman
                                                               United States District Judge