UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

      Plaintiff,                          Case No. 3:23-cr-34

vs.

TRAVIS E. TOWNSLEY,              District Judge Michael J. Newman

      Defendant.

---

**ORDER: (1) GRANTING DEFENDANT'S MOTION TO WITHDRAW MOTION TO DISMISS (Doc. No. 83); AND (2) FINDING DEFENDANT'S MOTION TO DISMISS (Doc. No. 82) WITHDRAWN**

---

This criminal case is before the Court upon Defendant's motion to dismiss (Doc. No. 82), and his subsequent motion to withdraw that motion (Doc. No. 83).  For good cause shown, the Court **GRANTS** Defendant's motion to withdraw, and his motion to dismiss is deemed **WITHDRAWN**.

**IT IS SO ORDERED.**

July 30, 2025                    s/*Michael J. Newman*
                                  Hon. Michael J. Newman
                                  United States District Judge